**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 19-cv-1073-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| YPF S.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 19-cv-1083-RGA |
| | ) | |
| v. | ). | |
| | ) | |
| YPF S.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO CONSOLIDATE AND SET BRIEFING SCHEDULE

The parties, subject to the approval of the Court, hereby agree that C.A. No. 19-cv-1073-RGA shall be consolidated with C.A. No. 19-cv-1083-RGA, so that all filings related to both cases shall only be filed in C.A. No. 19-cv-1073-RGA. It is further agreed that all filings will include "Consolidated" in the case caption of C.A. No. 19-cv-1073-RGA.

The parties further agree, subject to the approval of the Court, that the time for Plaintiff to respond to the Defendants' Motions for Withdrawal of the Reference ("Motions") (D.I. 1, C.A. No. 19-cv-1073-RGA; D.I. 1, C.A. No. 19-cv-1083-RGA), in a combined answering brief, is extended to July 22, 2019. The deadline for Defendants' respective replies in support of the Motions is extended to August 5, 2019.

Dated: June 21, 2019

LANDIS RATH & COBB LLP

/s/ *Matthew B. McGuire*
Adam G. Landis (Bar No. 3407)
Matthew B. McGuire (Bar No. 4366)
919 North Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
landis@lrclaw.com
mcguire@lrclaw.com

*Counsel to the YPF Defendants*

Respectfully submitted,

FARNAN LLP

/s/ *Michael J. Farnan*
Brian E. Farnan (Bar No. 4098)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE  19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for the Liquidating Trust*


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Curtis S. Miller*
Robert J. Dehney (Bar No. 3578)
Curtis S. Miller (Bar No. 4583)
Daniel B. Butz (Bar No. 4227)
1201 N. Market Street, 16th Floor
PO Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
cmiller@mnat.com
dbutz@mnat.com

*Counsel to the Repsol Defendants*


IT IS SO ORDERED this __24__ day of June, 2019.

The Honorable Richard G. Andrews